# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **10-62860-CMC** |
| | § | |
| **RYAN, MICHAEL RAYMOND** | § | Chapter 7 |
| **RYAN, SARITA KAY** | § | |
| | § | Judge: **Caldwell** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $2.96 represents the total sum of small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Ohio Surgery Center<br>930 Bethel Road<br>Columbus OH 43214 | 2 | 2.96 |

Dated:  9/28/11

*/s/ William B. Logan Jr.*
William B. Logan Jr., Case Trustee
0019290